IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CR 25–55–M–DLC |
| Plaintiff, | | |
| vs. | | PRELIMINARY ORDER OF FORFEITURE |
| JACOB SCOTT SPEARS, | | |
| Defendant. | | |

THIS matter comes before the Court on the United States' unopposed motion for Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b).

Defendant Jacob Scott Spears has been adjudged guilty of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 851, and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). For such violations, Defendant also admitted the Indictment's forfeiture allegation, pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11) and 18 U.S.C. § 924(d).

The evidence set forth in Defendant's guilty plea and Plea Agreement, in conjunction with the Offer of Proof, provides a factual basis and cause to issue this preliminary order of forfeiture under Fed. R. Crim P. 32.2(b).

1

IT IS ORDERED:

THAT Defendant Spears' right, title, and interest in the following property is forfeited pursuant to 21 U.S.C. §§ 853(a)(1)-(2) & 881(a)(11) and 18 U.S.C. § 924(d):

a. Ghost Rifle, S/N: none;

b. Glock 21, .45 caliber pistol, S/N: BHLF101;

c. Glock, 9mm caliber pistol, S/N: BVHF156; and

d. Any associated firearms accessories and ammunition.

THAT the Department of Homeland Security or a designated sub-custodian are directed to seize and/or maintain custody of the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post notice on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will

enter a final order of forfeiture.

DATED this 10th day of June, 2026.

Dana L. Christensen, District Judge
United States District Court