IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JACOB SCOTT SPEARS,

Defendant.

CR 25–55–M–DLC

FINAL ORDER OF FORFEITURE

Before the Court is the United States of America's unopposed motion for final order of forfeiture. (Doc. 48.) Having reviewed said motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 21 and 881(a)(11) and 18 U.S.C. § 924(d) for violation of 21 U.S.C. §§ 841(a)(1) and 851 and 18 U.S.C. § 924(c)(1)(A)(i), to which Defendant Jacob Scott Spears pled guilty.

2. A preliminary order of forfeiture was entered on June 10, 2026, that forfeited the Defendant's interest. (Doc. 46.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 47.) No claims were made to the forfeitable property and the time for doing so expired when published notice was complete.

4. It appears there is cause to issue a final order of forfeiture for the property listed within this order under 21 U.S.C. §§ 853(a)(1)–(2) and 881(a)(11) and 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 48) is GRANTED.

2. The following property is finally forfeited to the United States pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11) and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Ghost Rifle, S/N: none;
- Glock 21, .45 caliber pistol, S/N: BHLF101;
- Glock, 9mm caliber pistol, S/N: BVHF156; and
- Any associated firearms accessories and ammunition.

3. The United States has full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 17th day of August, 2026.

Dana L. Christensen, District Judge
United States District Court